

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2004 MAR 24  P 3: 30
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| versus | NUMBER 03-0356 |
| DILLARD DEPARTMENT STORES, ET AL. | SECTION "F" (1) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 24TH day of March, 2004.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 2 5 2004

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.___